UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

MICHAEL J. PAULING AND RAMONA CESAREO-PAULING,

Plaintiffs,

vs.  Case No. 7:19-CV-00206-HMH

IDELIVERTL, LLC; ISOM FREIGHT LINES, LLC; SAMMIE LEE MCCLOUD; NAVISTAR, INC.; NATIONAL FLEET MANAGEMENT, INC.; AND G&P TRUCKING COMPANY, INC.,

Defendants.

---

VIDEOTAPED VIDEOTELECONFERENCE
DEPOSITION OF:   NATIONAL FLEET MANAGEMENT, INC.
                 (By William D. Black)
                 (Via Videoconference)

DATE:            Monday, July 6, 2020

TIME:            1:10 p.m.

LOCATION:        818 Greenwood Avenue, NE
                 #106
                 Atlanta, Georgia 30306

TAKEN BY:        Counsel for Plaintiffs

REPORTED BY:     Elaine L. Grove-DeFreitas,
                 Certified Court Reporter
                 (Via Videoconference)

VIDEOTAPED BY:   Douglas Browne, CLVS
                 (Via Videoconference)

1  APPEARANCES OF COUNSEL:
2
3      ATTORNEYS FOR THE PLAINTIFF
          MICHAEL PAULING AND RAMONA CESAREO-PAULING:
4      CHAPPELL, SMITH AND ARDEN
              BY:  WILLIAM H. MCANGUS, JR.
5      2801 Devine Street
       Suite 300
6      Columbia, South Carolina  29205
       803-929-3600
7      hugh@csa-law.com
       (Via Videoconference)
8
9      ATTORNEYS FOR THE DEFENDANT
          NAVISTAR, INC.:
10
       BOWMAN AND BROOKE, LLP
11             BY:  DEREK D. TARVER
       1441 Main Street
12     Suite 1200
       Columbia, South Carolina  29201
13     803-726-7420
       derek.tarver@bowmanandbrooke.com
14     (Via Videoconference)
15
       ATTORNEYS FOR THE DEFENDANT
16        IDELIVERTL, LLC, ISOM FREIGHT LINES, LLC
          AND SAMMIE LEE MCCLOUD:
17
       MOSELEY, MARCINAK LAW GROUP, LLP
18             BY:  G. THOMAS CHASE
       4324 Wade Hampton Boulevard
19     Suite B
       Taylors, South Carolina  29687
20     864-248-6040
       tom.chase@momarlaw.com
21     (Via Videoconference)
22
23
24
25

1   APPEARANCES OF COUNSEL:
2
    ATTORNEYS FOR THE DEFENDANT
3        NATIONAL FLEET MANAGEMENT, INC.:
4        CLAWSON AND STAUBES, LLC
              BY:   AMY N. SNYDER
5        1000 East North Street
         Suite 200
6        Greenville, South Carolina   29601
         864-331-8940
7        amy@cslaw.com
         (Via Videoconference)
8
9   ATTORNEYS FOR THE DEFENDANT
         G&P TRUCKING COMPANY, INC.:
10
         CLARKSON, WALSH AND COULTER
11            BY:   JAMES P. WALSH
         1146A Woodruff Road
12       Greenville, South Carolina   29607
         864-232-4400
13       jwalsh@clarksonwalsh.com
         (Via Videoconference)
14
15
16     ALSO PRESENT:  Lawton Harper
                     (Via Videoconference)
17
18
19
20
21
22
23
24
25

1  A. Is the valve would just push through the
2  dash. The mounting screws are what actually hold it
3  stable so you can push the valves in.
4  Q. And what happens if the valve is pushed
5  into the dash? Well, strike that.
6  Is that true for both the valves, the
7  red valve and the yellow valve?
8  A. It's all one valve. Yeah. They come in
9  one piece.
10 Q. And what do you call -- the red valve is
11 called what?
12 A. That's your parking brake.
13 Q. And the yellow diagonal-shaped one,
14 diamond-shaped one?
15 A. Your trailer -- trailer brakes.
16 Q. Okay. And if there were screws missing
17 in affixing the valves to the dash, what did you
18 tell me would happen?
19 A. It wouldn't work. You would push it in
20 and it would just push through the dash.
21 Q. And what would then -- how would that
22 translate into either the brakes -- the air brakes
23 operating or failing to operate?
24 A. It would never -- you wouldn't be able
25 to move the vehicle. The vehicle -- the parking