

Deposition of:
# David Dorrity

*November 11, 2020*

In the Matter of:

# Pauling, Michael J., Et Al Vs. IDELIVERTL LLC, Et Al.

A. William Roberts, Jr & Assoc.
800-743-3376 | calendar-awr@veritext.com | www.veritext.com

David Dorrity  November 11, 2020
Pauling, Michael J., Et Al Vs. IDELIVERTL LLC, Et Al.

Page 85

1  carrier and operations shall be instructed."

2    Q. So now let's do this verbatim, because
3  it does not say "the motor carrier" to start that;
4  correct?

5    A. Well, it starts out by saying -- it
6  starts off under E that "every employer shall be
7  knowledgeable of these regulations that are
8  applicable to motor carriers," and then it further
9  goes on to say that "every driver, an employee
10 involved in motor carrier operations, shall be
11 instructed regarding those same things."

12    I believe that means that it's the
13 motor carrier it's talking about is to do those
14 things.

15    Q. Mr. Dorrity, the regulation does not
16 state that the motor carrier has to instruct a
17 driver with a valid CDL license on how to perform a
18 pre-trip inspection; correct?

19    A. I believe it infers that, but I'm not
20 going to argue with you over it. I mean, you
21 present your case like your expert presents his.

22    I believe there is significant
23 agreement that this training that's referenced
24 right here is the responsibility of the motor
25 carrier to make sure that their drivers are

David Dorrity                                   November 11, 2020
Pauling, Michael J., Et Al Vs. IDELIVERTL LLC, Et Al.

Page 86

1  instructed on these critical safety features.
2       Q.   And you testified that in order to
3  obtain a valid CDL license in South Carolina there
4  is testing regarding whether or not a driver is
5  able to perform an appropriate pre-trip inspection;
6  correct?
7       A.   Correct.
8       Q.   And you are not critical of that
9  testing; correct?
10      A.   Well, like I stated earlier, I'm
11 neither critical or supportive unless I have facts
12 about the quality of the DMV inspector.
13      Q.   And you have never advocated for that
14 testing to be changed in any way, shape or form;
15 correct?
16      A.   No.
17      Q.   In fact, you have already said that you
18 participated in what those examinations may look
19 like when those regulations or those rules came
20 into effect; correct?
21      A.   Ask that question again.
22      Q.   I believe you testified earlier that
23 when the rule was coming into place for the
24 commercial driver's license that you actually were
25 working with the Department of Motor Vehicles