UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

CIVIL ACTION NO. 7:19-CV-00206-JD

| | |
|---|---|
| Michael J. Pauling and Ramona Cesareo-Pauling,<br><br>     Plaintiff(s),<br><br>vs.<br><br>IDELIVERTL, LLC; Isom Freight Lines, LLC; Sammie Lee McCloud; Navistar, Inc.; National Fleet Management, Inc. and G&P Trucking Company, Inc.,<br><br>     Defendant(s). | **PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41** |

**WHEREAS,** that the Plaintiff and Defendant National Fleet Management, Inc. have settled and compromised their differences pursuant to Rule 41(a). The Plaintiff hereby dismisses and ends this action with prejudice as to all claims filed or which could have been filed arising out of the subject matter of the within lawsuit **as they relate to Defendant National Fleet Management, Inc. only**. This is with the consent of the parties who have appeared in this action, with each side to bear its own costs and attorneys fees.

| | |
|---|---|
| CLAWSON and STAUBES, LLC | The Carolina Law Group, LLC |
| s/ Amy M. Snyder | s/ William H. McAngus |
| Amy M. Snyder | William H. McAngus, Jr. |
| Federal ID No.:0980 | Federal ID No.: 9874 |
| 1000 E North Street, Suite 200 | 824 Meeting St. |
| Greenville, South Carolina 29601-3106 | West Columbia, South Carolina 29169 |
| Phone: (864) 331-8940 | Phone: (803) 881-1110 |
| Email: asnyder@clawsonandstaubes.com | Email: hugh@thecarolinalawgroup.com |
| Attorney for National Fleet Management, Inc. | Attorney for: Plaintiffs |