# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| MICHAEL J. PAULING and RAMONA CESAREO-PAULING,<br><br>Plaintiffs,<br><br>vs.<br><br>IDELIVERTL. LLC; Isom Freight lines, LLC; Sammie Lee McCloud; Navistar, Inc.; National Fleet Management, Inc; and G & P Trucking Company, Inc.,<br><br>Defendants. | Case No: 7:19-cv-00206-JD<br><br>**Stipulation of Dismissal**<br>**With Prejudice** |

PLEASE TAKE NOTICE that the Plaintiffs, Michael J. Pauling and Ramona Cesareo-Pauling, and Defendant, Navistar, Inc., by and through their undersigned attorneys, enter into this Stipulation of Dismissal as to all of Plaintiffs' claims asserted against Navistar, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiffs specifically are not dismissing the lawsuit against the remaining Defendants through this Stipulation of Dismissal. The parties stipulate that all claims asserted by Plaintiffs in this action against Navistar, Inc., are voluntarily dismissed *with prejudice*. Plaintiffs and Navistar, Inc., further agree and stipulate that they will bear their own attorney's fees, costs, and expenses.

Therefore, upon consent of Plaintiffs and Defendants, as indicated by the signatures of their attorneys below, it is hereby ordered that the claims in this matter as to Navistar, Inc., are dismissed.

WE SO STIPULATE:

**THE CAROLINA LAW GROUP**

By: s/ W. Hugh McAngus, Jr. (*with permission*)
W. Hugh McAngus, Jr.
Federal Bar No. 9874
824 Meeting St.
West Columbia, SC 29169
Phone: 803-881-1110

And

John M. Hyatt
Hyatt & Hyatt, P.C.
125 Clairemont Ave., Ste 515
Decatur, Ga. 30030
*Attorneys for Plaintiffs*

September 16, 2021


**WILLIAMS MULLEN**

By: s/Richard H. Willis
Richard H. Willis, Esquire
Federal Bar No. 4700
rwillis@williamsmullen.com
Derek D. Tarver, Esquire
Federal Bar No. 12729
dtarver@williamsmullen.com
1230 Main Street, Suite 330
Columbia, SC 29201
Phone: 803.567.4611
*Attorneys for Defendant Navistar, Inc.*

September 16, 2021

WE SO STIPULATE:

**CLAWSON and STAUBES, LLC**

By: <u>s/ Amy M. Snyder (*with permission*)</u>
Amy M. Snyder
Federal Bar No. 0980
Asnyder@clawsonandstaubes.com
1000 E North Street, Suite 200
Greenville, SC 29601-3106
Phone: (864) 331-8940
**Attorney for Defendant National Fleet Management, Inc.**

September 16, 2021


**CLARKSON, WALSH & COULTER, P.A.**

By: <u>s/ James P. Walsh (*with permission*)</u>
James P. Walsh
Federal Bar No. 5636
P.O. Box 6728
Greenville, South Carolina 29606
Phone: (864) 232-4400
**Attorney for Defendant G & P Trucking Company, Inc.**

September 16, 2021


**MOSELEY MARCINAK LAW GROUP**

By: <u>s/ G. Thomas Chase (*with permission*)</u>
Robert D. Moseley, Jr.
Federal Bar No. 05526
G. Thomas Chase
Federal Bar No. 07324
4324 Wade Hampton Blvd., Suite B
Greenville, South Carolina 29687
P.O. Box 26148
Greenville, South Carolina 29616
Phone: (864) 248-6025
**Attorneys for Defendants iDeliverTL, LLC;
Isom Freight Lines, LLC; and Sammie McCloud**

September 16, 2021